**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **ELIGIO ALCALA,** | ) |
| Plaintiff, | ) Case No. EDCV 12-1998 AJW |
| v. | ) |
| **CAROLYN W. COLVIN,** **Acting Commissioner of the Social Security Administration,** | ) **J U D G M E N T** |
| Defendant. | ) |

**IT IS ADJUDGED** that this case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

January 21, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge